1044

[No. 71456-2-I. Division One. April 6, 2015.]

*In the Matter of the Parentage of* S.H.P.-A.

EILEEN C. ACHESON, *Respondent*, v. MARK E. PHILLIPS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-3-01157-9, Palmer Robinson, J., entered November 20, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Trickey, JJ.

[No. 71465-1-I. Division One. April 6, 2015.]

DANIEL LAMONT, *Appellant*, v. DAVID M. SAVIO ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-03794-7, Jim Rogers, J., entered December 18, 2013 and January 2, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach and Trickey, JJ.

[No. 71743-0-I. Division One. April 6, 2015.]

JAMES A. KUEHN, *Appellant*, v. SNOHOMISH COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-08589-9, George N. Bowden, J., entered February 28, 2014. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Dwyer, J.

[No. 72099-6-I. Division One. April 6, 2015.]

ERIC SOBOTA, *Appellant*, v. GREGORY BLAIR MAHLIK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-12579-8, Carlos Y. Velategui, J. Pro Tem., entered May 2, 2014. *Reversed* and *remanded* by unpublished per curiam opinion. Now published at 187 Wn. App. 378.